[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 19, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-17218
Non-Argument Calendar
_____

D. C. Docket No. 96-00002-CR-5-RS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PHILLIP POTTER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(July 19, 2006)**

Before TJOFLAT, HULL and COX, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Phillip Potter in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Potter's supervised release and sentence are **AFFIRMED**.